IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-2519 |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC | : : : : | |

## ORDER

**AND NOW**, this 4th day of March 2025, upon considering defendants' motion for judgment on the pleadings (DI 57), plaintiff's opposition (DI 59), defendants' reply (DI 63), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for judgment on the pleadings (DI 57) is **GRANTED in part** and **DENIED in part**. Mr. Williams's RICO, mail fraud, wire fraud claims are dismissed, and Mr. Williams's negligence, negligent infliction of emotional distress, and unjust enrichment claims are dismissed with prejudice. His FCRA claims under 15 U.S.C. §§ 1681e(b), 1681i(a), and 1681n, as well as his defamation claim, survive. Mr. Williams's motions for judgment on the pleadings (DI 29, DI 30, DI 42) are denied because defendants' answers sufficiently contest the material allegations in his complaint under Rule 8(b).

MURPHY, J.